THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL JIMINEZ, Appellant.— No opinion. Concur—Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

HERBERT CHASIS et al., Respondents, v. PROGRESSIVE ELECTRONICS, INC., Appellant, et al., Defendant.—

In this personal injury negligence action, on this record, the verdict is excessive. There was considerable conflict in the medical testimony with respect to injuries and the consequences thereof, and it would seem that a new trial would be a more just solution than an effort to adjust the damages to the sharply divergent possibilities that are presented. The part of the said judgment in favor of plaintiff Barbara Parker Chasis in the sum of $2,000 is reversed, on the law and on the facts, the verdict vacated, and a new trial granted, without costs, unless said plaintiff stipulates to accept $400 in lieu of the award by verdict, in which event the judgment is modified to that extent, and is affirmed as thus modified, without costs. It is evident that the jury verdict is excessive in its award of damages, and that a verdict in excess of $400 is not warranted by the record. Settle order on notice. Concur—Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of RALPH WALKER, Appellant, v. AMERICAN INSTITUTE OF ARCHITECTS, Respondent.—

Petitioner resigned, and, following the determination by the association concerning which he complains, the resignation was accepted. This renders the present proceeding moot. Consequently, Special Term should not have reached the merits, and this court does not. Special Term, therefore, should have dismissed the petition, but not on the grounds assigned. Regrettable as it may be from petitioner's point of view, the court may not, solely to assuage the hurt to him, personally or professionally, review his former status in the association, once that status has been removed by his voluntary act. In short, petitioner may not convert this proceeding into a nonmonetary equivalent of a remedy for defamation (see *Angland* v. *Doe*, 263 F. 2d 266; *Hanes* v. *Pace*, 203 F. 2d 225; *Davis* v. *Cason*, 185 Ga. 334). Concur—Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.